# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA VINAS, *on behalf of herself and* <br> *all others similarly situated* <br> <br> Plaintiff, <br> <br> v. <br> <br> CHASE RECEIVABLES, INC. <br> <br> Defendant. <br> _____ | : <br> : <br> : <br> : <br> : <br> : Civil Action No.: 8: 14-cv-03270-DKC <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF DISCOVERY

I HEREBY CERTIFY that on the 14th day of May, 2015, a copy of Defendants Objections and Responses to Plaintiff's Requests for the Production of Documents and Things were mailed first class, to the Attorney for Plaintiff, Sergei Lemberg, Esquire, Lemberg Law, LLC 1100 Summer Street, 3rd Floor, Stamford, CT 06905,

Defendant's counsel will retain the original of this document in the undersigned's possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Dated: May 14, 2015

                                                                      Respectfully submitted,

                                                                       PROTAS, SPIVOK & COLLINS, LLC

                                                                       By: */s/ Jordan M. Spivok*
                                                                          Jordan M. Spivok, Esquire
                                                                          4330 East-West Highway, Suite 900
                                                                          Bethesda, Maryland 20814
                                                                          (301) 469-3602
                                                                          (301) 469-3635 - facsimile
                                                                          jspivok@psclaw.net
                                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 14th day of May, 2015, a copy of the foregoing Notice of Discovery was mailed first class, postage prepaid, to the Attorney for Plaintiff, Sergei Lemberg, Esquire, Lemberg Law, LLC 1100, Summer Street, 3rd Floor, Stamford, CT 06905,

/s/ *Jordan M. Spivok*
Jordan M. Spivok