| | | |
|---|---|---|
| | : | |
| Maria Vinas, *on behalf of herself and all others* *similarly situated*, | : | Civil Action No.: 14-cv-03270(DKC) |
| | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Chase Receivables, Inc., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF LODGING

Plaintiff lodges with the Court Exhibit A, Exhibit B, and Exhibit C to her Complaint

(Doc. No. 1).

The exhibits were cited and referenced in the initial ECF filing but not attached thereto

(Doc. No. 1 ¶¶ 5, 11 & 14).

Plaintiff requests that the Clerk of the Court append these three exhibits to Doc. No. 1.


Dated: May 27, 2015

Respectfully submitted,

*/s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 27, 2015, a true and correct copy of the foregoing

Notice of Lodging was served electronically by the U.S. District Court for the District of

Maryland Electronic Document Filing System (ECF), which sent notice of such filing to the

following:

Jordan M. Spivok, Esq.
PROTAS, SPIVOK & COLLINS, LLC
4330 East West Highway, Suite 900
Bethesda, Maryland 20814
*Counsel for Defendant*


/s/ Sergei Lemberg
Sergei Lemberg, Esq.