# EXHIBIT C



# PDC4U securely processes payments for Chase Payment Center

## Payment Confirmation

*Please read the following before clicking 'Process Payment' below:*

Click "Process Payment" below to authorize Chase Payment Center to process a Credit Card payment on your behalf for Payment Reference: 11224763. A summary of your transaction is below:

| | |
|---:|:---|
| **Account / Reference #** | 11224763 |
| **Transaction Date** | 10/03/14 |
| **Credit Card Number** | XXXXXXXXXXXX6740 |
| **Expiration Date** | 03 / 2017 |
| **Payment Amount** | $26.56 |
| **Convenience Fee** | $14.95 |
| **Total Amount Charged** | $41.51 |

Confirm the following to process your payment:

☑ I authorize Chase Payment Center to charge $41.51 to my credit card listed above.  **\***

**Required Fields \***

[Back]  [Process Payment]